IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SUNTRUST BANK,

    Plaintiff,

vs.    CASE NO.: 8:10-cv-01960-EAK-TGW

HARCOURT SYMS a/k/a
FRANCIS H. SYMS a/k/a
FRANCIS HARCOURT SYMS a/k/a
HARCOURT F. SYMS a/k/a
HARCOURT FRANCIS SYMS,

    Defendant.
_____/

## FINAL DEFAULT JUDGMENT

THIS MATTER came before the Court on Plaintiff's Motion for Final Default Judgment [DE 13] against Defendant Harcourt Syms, also known by the above-captioned aliases. The Court finds that an evidentiary hearing is not required, the matter is otherwise ripe for review and finds as follows:

### PROCEDURAL BACKGROUND

On 09/03/10, Plaintiff filed suit against Defendant for breach of an Instrument in the sum of $200,000.00 executed by Defendant in favor of Plaintiff. [DE 1: Complaint, Exhibit 1] to which summons issued, served upon Defendant on 01/08/11, [DE 12] with the response due by 01/29/11.

Defendant failed to file responsive pleadings as required by Fed. R. Civ. P. 12. and on 03/07/11, Plaintiff moved for default, [DE 10] granted on 03/08/11, [DE 11] per Fed. R. Civ.

P. 55(a) and then moved for Final Default Judgment. [DE 13]

## DISCUSSION

Pursuant to Fed. R. Civ. P. 55(b)(1), Plaintiff is entitled to final judgment for the liquidated sums sought in this case, which are capable of mathematical computation or ascertainment from definite figures conducted in the documentary evidence or in detailed affidavits. *Dundee Cement Co. v. Howard Pipe & Concrete Prods.*, 722 F.2d 1319, 1323 (7th Cir. 1983) (citing *United Artists Corp. v. Freeman*, 605 F.2d 854, 857 (5th Cir. 1979); *Adolph Coors, Co. v. Movement Against Racism and the Klan*, 777 F.2d 1538, 1543 (11th Cir. 1985); *United Artists Corp. v. Freeman*, 605 F.2d 854, 857 (5th Cir. 1979). Under the Instrument, Plaintiff seeks the principal sum of $209,938.17 and the costs of this action, per an Affidavit, [DE 13, Exhibit 1] which the Court finds is sufficient to support Plaintiff's damages claim.

## CONCLUSION

Accordingly, after a careful review of the record and the Court being otherwise fully advised, it is ORDERED AND ADJUDGED that Plaintiff's Motion for Final Default Judgment is GRANTED and judgment is granted on behalf of Plaintiff against Defendant in the total amount of $209,938.17, and the costs of this action

in the amount of $350.00. The Clerk of Court is directed to close this case and to terminate any pending motions.

DONE AND ORDERED in Chambers at Tampa, Hillsborough County, Florida, this 2nd day of May, 2011.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF FLORIDA

Cc:

Paul G. Wersant
Florida Bar No. 48815
Email: pgwersant@jflegal.com
JOHNSON & FREEDMAN, L.L.C
1587 Northeast Expressway
Atlanta, Georgia 30329
Telephone: (770) 234-9181 x8880
Facsimile: (404)329-8010
Attorneys for Plaintiff

Harcourt Syms
313 West Washington Street
Chattahoochee, Florida 32324
Defendant *Pro-Se*

L:\litigati\105538\A7348340.DOC